IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONISHA DANEA MCSHAN,

    Defendant.                                 Case No. 10-cv-30102-DRH

## ORDER

**HERNDON, Chief Judge:**

        Before the Court is the Government's Motion to Authorize Clerk to Hold Funds Pending Sentencing (Doc. 23). The Government states that Defendant intends to tender certain funds to the Clerk's Office, prior to his sentencing hearing, for application to any criminal monetary penalties he may face. The Government therefore believes the Clerk's Office should be authorized to hold those funds pending Defendant's sentencing.

        For good cause shown, the Court hereby **GRANTS** said Motion (Doc. 23). Accordingly, the Court hereby **DIRECTS** the Clerk's Office to hold any and all funds hereafter tendered by, or on the behalf of, defendant Donisha Danea McShan, pending disposition of this criminal matter. Upon disposition of Defendant's

criminal matter, should any monetary penalties be imposed against Defendant, the Clerk's Office is further **DIRECTED** to apply any of the held funds to Defendant's accrued monetary penalties, after receiving notice of said disposition by the Government, along with a copy of this Order.

**IT IS SO ORDERED.**

Signed this 14th day of October, 2010.

/s/   David R Herndon
**Chief Judge**
**United States District Court**